UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
: ORDER FOR EXTENSION OF
v. : SURRENDER DATE
:
: D.C. No. 11-199
:
ROBERTO TORRES

This matter having come before the Court on the application of defendant, Roberto Torres, (by John H. Yauch, Assistant Federal Public Defender) for an Order extending the date by which defendant must surrender to serve his custodial sentence imposed in this matter, and the United States ( by Jacob Elberg, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

IT IS on this 14th day of October 2011, HEREBY ORDERED:

1. That the defendant, Roberto Torres, is hereby ordered to self surrender to serve his prison term on February 8, 2012.

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

consented to:

Jacob T. Elberg, Esq.