UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
: ORDER FOR EXTENSION OF
v. :    SURRENDER DATE
:
: D.C. No. 11-199 & 11-200

ROBERTO TORRES and
    ALEJANDRO TORRES

This matter having come before the Court on the application of defendants, Roberto Torres and Alejandro Torres, (by John H. Yauch, Assistant Federal Public Defender and Olubukola Adetula, Esq) for an Order extending the date by which defendants must surrender to serve the custodial sentence imposed in this matter, and the United States ( by Jacob T. Elberg, Assistant U.S. Attorney) having consented thereto, and for good cause shown;

IT IS on this 3RD day of November 2011, HEREBY ORDERED:

1. That the defendants, Roberto Torres and Alejandro Torres, are hereby ordered to self surrender to serve the respective prison terms on April 11, 2012.

Denied

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

consented to:

_____
Jacob T. Elberg, Esq.

_____
John Yauch, Esq.